RICHARD H. VALENTINE, TRUSTEE, ET AL. *v.*
MYRNA LABOW ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court, 95 Conn. App. 436 (AC 24483), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Daniel Shepro* and *Nathalie Feola-Guerrieri,* in support of the petition.

*Barbara M. Schellenberg* and *Gwen E. Adamson,* in opposition.

Decided October 31, 2006

MYRNA LABOW *v.* ROBERT RUBIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 454 (AC 25283), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Daniel Shepro* and *Nathalie Feola-Guerrieri,* in support of the petition.

*Barbara M. Schellenberg* and *Gwen E. Adamson,* in opposition.

Decided October 31, 2006

FRANCINE KOLODZIEJ, ADMINISTRATOR (ESTATE OF JASON A. GELINAS), ET AL. *v.* DURHAM AGRICULTURAL FAIR ASSOCIATION, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 96 Conn. App. 791 (AC 26002), is denied.

*John-Henry M. Steele,* in support of the petition.

Decided October 31, 2006